| | |
|---|---|
| In re: | Case No. 21-00119-HWV |
| Andrew W. Lentz | Chapter 13 |
| Debrah L Lentz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 17, 2021 | Form ID: ntnew341 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew W. Lentz, Debrah L Lentz, 2033 Parkview Ave, Red Lion, PA 17356-9671 |
| 5386187 | | Delaware Title Loans, 2431 Pulaski Hwy #1, Newark, DE 19702-3905 |
| 5386188 | | John Deere Credit, P O Box 4450, Carol Stream, IL 60197-4450 |
| 5386191 | + | PNC Bank, 1511 Kenneth Road, York, PA 17408-2243 |
| 5386192 | | Shellpoint, P.O. Box619063, Dallas, TX 75261-9063 |
| 5386193 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, P O Box 790179, Saint Louis, MO 63179-0179 |
| 5386982 | | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5386186 | | Email/Text: ally@ebn.phinsolutions.com | Feb 17 2021 19:20:00 | Ally Bank, P O Box 78234, Phoenix, AZ 85062-8234 |
| 5390651 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 17 2021 19:20:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5386190 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Feb 17 2021 19:20:00 | Mahindra, 8001 Birchwood Ct., Suite C, Johnston, IA 50131-2889 |
| 5388648 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 17 2021 19:20:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5386189 | *+ | John Deere Credit, P O Box 4450, Carol Stream, IL 60197-4450 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021            Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 2 Debrah L Lentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 1 Andrew W. Lentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Andrew W. Lentz,<br>**Debtor 1**<br><br>Debrah L Lentz,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:21−bk−00119−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, further details will be provided to you | Date: March 25, 2021<br>Time: 10:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 17, 2021 |

ntnew341 (04/18)