**United States Bankruptcy Court**
**Middle District of Pennsylvania**

| | | | |
|---|---|---|---|
| In re | Andrew W. Lentz<br>Debrah L Lentz | Case No. | **1:21-bk-00119** |
| | Debtor(s) | Chapter | **13** |

**PAYMENT ADVICES COVER SHEET**
**UNDER 11 U.S.C. § 521(a)(1)(B)(iv)**

I, **Andrew W. Lentz**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Debrah L Lentz**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **March 4, 2021**  Signature **/s/ Andrew W. Lentz**
                                    **Andrew W. Lentz**
                                    Debtor

Date **March 4, 2021**  Signature **/s/ Debrah L Lentz**
                                    **Debrah L Lentz**
                                    Joint Debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**BAE SYSTEMS**

December 14, 2020

Andrew Lentz
2033 PARKVIEW DRIVE
RED LION, PA 17356

RE: BAE Systems Pension Verification
Payee: Andrew Lentz

Dear Andrew Lentz,

As requested, this letter is to serve as verification of the above mentioned payee's pension benefits.

The participant is receiving the following monthly payment(s):

| Plan | Gross Amount | Payment Status | Duration |
|---|---|---|---|
| L&A Employees' Pension Plan for York Hourly | $443.61 | Effective 01/2021 | For Life |

If you have any questions or need further information, please contact the BAE Systems US Pensions Service Center at 1-866-321-6633.

BAE Systems US Pensions Service Center

Please send correspondence to:
US Pensions Service Center
DEPT: PEN
PO Box 981912
El Paso, TX 79998