# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 21-00119** |
| **Andrew W. Lentz** | : | **Chapter 13** |
| **Debrah L Lentz** | : | **Judge Henry W. Van Eck** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **U.S. Bank National Association** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Andrew W. Lentz** | : | |
| **Debrah L Lentz** | : | |
| | : | |
| **Charles J DeHart, III** | : | |
| **Respondents.** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for U.S. Bank National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

21-004150_PS

Case 1:21-bk-00119-HWV    Doc 21    Filed 03/17/21    Entered 03/17/21 12:54:32    Desc
Main Document     Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 21-00119** |
| **Andrew W. Lentz** | : | **Chapter 13** |
| **Debrah L Lentz** | : | **Judge Henry W. Van Eck** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **U.S. Bank National Association** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Andrew W. Lentz** | : | |
| **Debrah L Lentz** | : | |
| | : | |
| **Charles J DeHart, III** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J DeHart, III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

Michael John Csonka, Attorney for Andrew W. Lentz and Debrah L Lentz, office@csonkalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Andrew W. Lentz and Debrah L Lentz, 2033 Parkview Ave, Red Lion, PA 17356

/s/ Adam B. Hall

21-004150_PS