IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ANDREW W. LENTZ,
DEBRAH L. LENTZ,
Debtor(s).

CASE NO. 1:21-bk-00119-HWV
CHAPTER 13

### NOTICE OF TEMPORARY AUTOMOBILE LOAN EXTENSION

| | |
|---|---|
| Bankruptcy Court Claim #: | 9-1 |
| New Maturity Date: | 02/23/2025 |
| Number of monthly payments subject to Extension: | 2 |

U.S. BANK NATIONAL ASSOCIATION ("SERVICER") ") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 pandemic, the Debtor has requested, and SERVICER has granted an extension of the above automobile payments, and said payments will be due at the end of the contract term, thereby extending the maturity date. Contractual interest will continue to accrue for the months extended.

During this short-term relief, all terms and provisions of the retail installment contract, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification. This Notice does not constitute an amendment or modification to the Debtor's plan of reorganization and does not relieve the Debtor of the responsibility to amend or modify the plan of reorganization to reflect the extension arrangement, if required.

Creditor does not waive its rights to seek relief from the automatic stay for reasons other than non-payment of the loan, including a lapse in insurance coverage.

To the extent that this extension is modified, reduced or extended, the SERVICER will file an additional Notice with the Court.

*/s/ Mukta Suri*
Mukta Suri
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Authorized Agent for U.S. Bank National Association

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before April 16, 2021 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Andrew W. Lentz
2033 Parkview Ave
Red Lion, PA 17356

**Debtor**     *Via U.S. Mail*
Debrah L. Lentz
2033 Parkview Ave
Red Lion PA 17356

**Debtors' Attorney**
Michael John Csonka
Csonka Law
166 South Main Street Kerrstown Square
Chambersburg, PA 17201

**Chapter 13 Trustee**
Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

**US Trustee**
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Respectfully Submitted,

/s/ Mukta Suri
Mukta Suri