# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     ANDREW W. LENTZ

           DEBORAH L LENTZ

             Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant

vs.

ANDREW W. LENTZ
  DEBORAH L LENTZ

            Respondent(s)

CHAPTER 13

CASE NO: 1-21-00119-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on May 12, 2021, Charles DeHart, III, Standing Chapter 13 Trustee, through his attorney, James K. Jones, Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    <u>May 12, 2021</u>                               Respectfully submitted,

                                                                          <u>/s/   James K. Jones, Esquire</u>
                                                                          <u>ID:  39031</u>
                                                                          Attorney for Movant
                                                                          Jack N. Zaharopoulos
                                                                          Standing Chapter 13 Trustee
                                                                          8125 Adams Drive, Suite A
                                                                          Hummelstown, PA 17036
                                                                          Phone:  (717) 566-6097
                                                                          Fax:  (717) 566-8313
                                                                          eMail:  jjones@pamd13trustee.com

<pre>
                    UNITED STATES BANKRUPTCY COURT
                   FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
</pre>

| | |
|---|---|
| IN RE:  ANDREW W. LENTZ<br>DEBORAH L LENTZ<br><br>Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br><br>Movant | CASE NO: 1-21-00119-HWV |

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

| | |
|---|---|
| Bankruptcy Courtroom<br>Ronald Reagan Federal Bldg<br>3rd Floor, 228 Walnut Street<br>Harrisburg, PA 17101 | Date: June 9, 2021<br>Time: 09:35 AM |

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 200.00**
**AMOUNT DUE FOR THIS MONTH: $100.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $300.00**

**NOTE:**
   **ALL** payments must be made by **CERTIFIED CHECK, MONEY ORDER** or through **TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

   If **submitting payment by U.S. First Class Mail** mail to**:**
**JACK N. ZAHAROPOULOS, CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

   If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail:  info@pamd13trustee.com

Dated:  May 12, 2021

IN RE: ANDREW W. LENTZ

DEBORAH L LENTZ            CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS          CASE NO: 1-21-00119-HWV
CHAPTER 13 TRUSTEE
Movant

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 12, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| MICHAEL J CSONKA ESQUIRE<br>166 SOUTH MAIN STREET<br>KERRSTOWN SQUARE<br>CHAMBERSBURG, PA 17201- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| ANDREW W. LENTZ<br>DEBORAH L LENTZ<br>2033 PARKVIEW AVE<br>RED LION, PA 17356 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 12, 2021           Bobbie Weigel
                                           for Jack N. Zaharopoulos, Trustee
                                           Suite A, 8125 Adams Dr.
                                           Hummelstown, PA 17036
                                           Phone: (717) 566-6097
                                           eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANDREW W. LENTZ
DEBORAH L LENTZ

         Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
         Movant

CASE NO: 1-21-00119-HWV

vs.

ANDREW W. LENTZ
DEBORAH L LENTZ

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.