In re:  
Andrew W. Lentz  
Deborah L Lentz  
    Debtors

Case No. 21-00119-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2  
Date Rcvd: Jun 24, 2021    Form ID: ntcnfhrg    Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew W. Lentz, Deborah L Lentz, 2033 Parkview Ave, Red Lion, PA 17356-9671 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 5400512 | + | Deere & Company d/b/a John Deere Financial, PO Box 6600, Johnston, IA 50131-6600 |
| 5386187 | | Delaware Title Loans, 2431 Pulaski Hwy #1, Newark, DE 19702-3905 |
| 5394880 | + | Delaware Title Loans, Inc., c/o Bankruptcy/Legal Department, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350-2550 |
| 5386188 | | John Deere Credit, P O Box 4450, Carol Stream, IL 60197-4450 |
| 5392860 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 5386191 | + | PNC Bank, 1511 Kenneth Road, York, PA 17408-2243 |
| 5386192 | | Shellpoint, P.O. Box619063, Dallas, TX 75261-9063 |
| 5399320 | + | Three Line-MM, LLC, c/o Peter E. Meltzer, 2000 Market Street, 13th Floor, Philadelphia, PA 19103-3204 |
| 5386982 | | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2021 18:56:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 5393652 | | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2021 18:56:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5386186 | | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2021 18:56:00 | Ally Bank, P O Box 78234, Phoenix, AZ 85062-8234 |
| 5390651 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 24 2021 18:56:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5399635 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 19:04:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5386190 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Jun 24 2021 18:57:00 | Mahindra, 8001 Birchwood Ct., Suite C, Johnston, IA 50131-2889 |
| 5392370 | | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Jun 24 2021 18:57:00 | Mahindra Finance USA LLC, PO Box 2000, Johnston, IA 50131-0020 |
| 5388648 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2021 18:56:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 5394840 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2021 18:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5395785 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 24 2021 18:56:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 5386193 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 24 2021 18:56:00 | US Bank, P O Box 790179, Saint Louis, MO 63179-0179 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5386189 | *+ | John Deere Credit, P O Box 4450, Carol Stream, IL 60197-4450 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 2 Deborah L Lentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 1 Andrew W. Lentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com  ksweeney@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
| --- | --- |
| Andrew W. Lentz, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:21−bk−00119−HWV |
| Deborah L Lentz, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 21, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 28, 2021<br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 24, 2021 |

ntcnfhrg (05/21)