**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ANDREW LENTZ AND DEBORAH LENTZ | : | CHAPTER 13 |
| | : | |
| | : | **CASE NO. 1:21-bk-00119-HWV** |
| **Debtors** | : | |
| | : | |
| | : | |

**RESPONSE OF THREE LINE-MM LLC TO DEBTOR'S OBJECTION TO PROOF OF CLAIM**

Three Line-MM, LLC, by its counsel, Weber Gallagher, hereby responds to the Debtor's

Objection to the Proof of Claim of Three Line-MM, LLC, as follows:

Counsel for Three Line has been in communications with counsel for the Debtor

regarding this matter, and the parties are working towards a consensual resolution of this matter,

including the possibility of agreeing to the alternate relief proposed in the Claim Objection,

among other possible resolutions. If necessary, or if the discussions do not result in a consensual

resolution, an Amended Proof of claim will be filed.

Respectfully submitted,

**WEBER GALLAGHER SIMPSON**
**STAPLETON FIRES & NEWBY LLP**

*/s/Peter E. Meltzer*_____
Peter E. Meltzer
Attorney for Three Line-MM, LLC
2000 Market St. Ste 1300. Philadelphia. PA 19103
267-295-3363
Attorney I.D. No. 39828
pmeltzer@wglaw.com