IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Andrew W. Lentz and | ) | Case No. 1:21-bk-00119-HWV |
| Deborah L Lentz | ) | Chapter 13 |
| | ) | |
| Debtors/Movants | ) | Related to Claim No. 10-1 |
| | ) | |
| Three Line-MM, LLC | ) | |
| | ) | |
| Respondent | ) | |

## ORDER OF COURT

UPON CONSIDERATION of the Debtors' Objection to Claim number 10-1 filed by creditor, Three Line-MM, LLC. and through agreement of the parties it is hereby ORDERED, ADJUDGED AND DECREED that Proof of Claim number 10-1 is modified to be a secured claim in the amount of the current equity of Debtors' real property at the time of filing, $195,814.00, which is to treated in according section 2. E. of Debtors' Third Amended Plan dated March 22, 2022.