United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 21-00119-HWV
Andrew W. Lentz  Chapter 13
Deborah L Lentz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: May 17, 2022    Form ID: pdf010    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5399320 | + | Three Line-MM, LLC, c/o Peter E. Meltzer, 2000 Market Street, 13th Floor, Philadelphia, PA 19103-3204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 2 Deborah L Lentz office@csonkalaw.com<br>kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 1 Andrew W. Lentz office@csonkalaw.com<br>kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Peter E Meltzer | on behalf of Creditor Three Line-MM LLC bankruptcy@wglaw.com, ibernatski@wglaw.com |

Rebecca Ann Solarz
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

Regina Cohen
    on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Andrew W. Lentz and | ) | Case No. 1:21-bk-00119-HWV |
| Deborah L Lentz | ) | Chapter 13 |
| | ) | |
| Debtors/Movants | ) | Related to Claim No. 10-1 |
| | ) | |
| Three Line-MM, LLC | ) | |
| | ) | |
| Respondent | ) | |

**ORDER OF COURT**

UPON CONSIDERATION of the Debtors' Objection to Claim number 10-1 filed by creditor, Three Line-MM, LLC, and through agreement of the parties it is hereby ORDERED, ADJUDGED AND DECREED that Proof of Claim number 10-1 is modified to be a secured claim in the amount of $195,814.00, which is to be treated in accordance with section 2. E. of Debtors' Third Amended Plan dated March 22, 2022.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 17, 2022