In re:                                                             Case No. 21-00119-HWV

Andrew W. Lentz                                 Chapter 13

Deborah L Lentz

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                           User: AutoDocke                                   Page 1 of 2

Date Rcvd: Jun 30, 2022                     Form ID: pdf010                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**          **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Andrew W. Lentz, Deborah L Lentz, 2033 Parkview Ave, Red Lion, PA 17356-9671 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2022                                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 1 Andrew W. Lentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 2 Deborah L Lentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Peter E Meltzer | on behalf of Creditor Three Line-MM LLC bankruptcy@wglaw.com, ibernatski@wglaw.com |

| | |
|---|---|
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Andrew W. Lentz & | : | Chapter 13 |
| Deborah L. Lentz | : | |
|     Debtors | : | |
| | : | |
| | : | Case No. 1:21-bk-00119-HWV |
| | : | |

## ORDER TO SHOW CAUSE

The Confirmation Hearing for the Third Amended Chapter 13 Plan at Docket 58 (the "Plan") and the Objection filed by the Chapter 13 Trustee at Docket 61 in the above captioned case having been held on June 29, 2022, it is hereby

**ORDERED** that the Debtor shall have until July 27, 2022 to submit to the Court evidence demonstrating that the 2020 Federal Income Tax Return has been filed or provided to Debtors' counsel for filing or the Plan will be denied.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 29, 2022