# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ANDREW W. LENTZ
DEBORAH L LENTZ

        Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

ANDREW W. LENTZ
DEBORAH L LENTZ

CASE NO: 1-21-00119-HWV

        Respondent(s)

## TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7

AND NOW, on February 9, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, moves this Honorable Court for conversion of the above-captioned Chapter 13 bankruptcy case in accordance with Section 1307(c) of 11 U.SC., due to failure to file a confirmable plan. An amended plan was due on January 14, 2023.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, Movant requests this Honorable Court to enter an Order of Court converting the above-captioned case to Chapter 7 in accordance with 11 U.S.C. Sec 1307(c).

    Respectfully submitted,

    /s/   Douglas R. Roeder, Esquire
    ID: 80016
    Attorney for Trustee
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ANDREW W. LENTZ
DEBORAH L LENTZ

              Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
              Movant

vs.
ANDREW W. LENTZ
DEBORAH L LENTZ

CASE NO: 1-21-00119-HWV

              Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on February 9, 2023, I served a copy of this Motion to Convert and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

MICHAEL J CSONKA ESQUIRE
166 SOUTH MAIN STREET
KERRSTOWN SQUARE
CHAMBERSBURG PA 17201-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

<u>Served by First Class Mail</u>

ANDREW W. LENTZ
DEBORAH L LENTZ
2033 PARKVIEW AVE
RED LION PA 17356

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 9, 2023

/s/ Vickie Williams
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANDREW W. LENTZ
DEBORAH L LENTZ

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-21-00119-HWV

vs.
ANDREW W. LENTZ
DEBORAH L LENTZ

## ORDER CONVERTING CASE

Upon consideration of the Trustee's Motion to Convert, it is hereby Ordered that the above-captioned bankruptcy be and hereby is converted to a Chapter 7.