United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                             Case No. 21-00119-HWV

Andrew W. Lentz                     Chapter 13

Deborah L Lentz

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                            Page 1 of 3

Date Rcvd: Feb 09, 2023                  Form ID: pdf010                       Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**          **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew W. Lentz, Deborah L Lentz, 2033 Parkview Ave, Red Lion, PA 17356-9671 |
| 5386187 | | Delaware Title Loans, 2431 Pulaski Hwy #1, Newark, DE 19702-3905 |
| 5394880 | + | Delaware Title Loans, Inc., c/o Bankruptcy/Legal Department, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350-2550 |
| 5386188 | | John Deere Credit, P O Box 4450, Carol Stream, IL 60197-4450 |
| 5386191 | + | PNC Bank, 1511 Kenneth Road, York, PA 17408-2243 |
| 5386192 | | Shellpoint, P.O. Box619063, Dallas, TX 75261-9063 |
| 5399320 | + | Three Line-MM, LLC, c/o Peter E. Meltzer, 2000 Market Street, 13th Floor, Philadelphia, PA 19103-3204 |
| 5386982 | | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2023 18:39:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2023 18:44:38 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2023 18:39:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA 115, Johnston, RI 02919 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Feb 09 2023 18:39:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 5393652 | | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2023 18:39:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5428581 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2023 18:44:39 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5386186 | | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2023 18:39:00 | Ally Bank, P O Box 78234, Phoenix, AZ 85062-8234 |
| 5390651 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2023 18:39:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5399635 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 18:44:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5400512 | | Email/Text: litbkcourtmail@johndeere.com | Feb 09 2023 18:39:00 | Deere & Company d/b/a John Deere Financial, PO Box 6600, Johnston, IA 50131 |
| 5394880 | + | Email/Text: bankruptcy_department@clacorp.com | Feb 09 2023 18:39:00 | Delaware Title Loans, Inc., c/o Bankruptcy/Legal Department, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350-2550 |
| 5386190 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Feb 09 2023 18:39:00 | Mahindra, 8001 Birchwood Ct., Suite C, Johnston, IA 50131-2889 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5392370 | | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Feb 09 2023 18:39:00 | Mahindra Finance USA LLC, PO Box 2000, Johnston, IA 50131-0020 |
| 5392860 | | Email/Text: mtgbk@shellpointmtg.com | Feb 09 2023 18:39:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 5388648 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 09 2023 18:39:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 5394840 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2023 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5520478 | + | Email/Text: RASEBN@raslg.com | Feb 09 2023 18:39:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 5395785 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 09 2023 18:39:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 5386193 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 09 2023 18:39:00 | US Bank, P O Box 790179, Saint Louis, MO 63179-0179 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5386189 | *+ | John Deere Credit, P O Box 4450, Carol Stream, IL 60197-4450 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| Brian C Nicholas | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | |
|---|---|
| Michael John Csonka | on behalf of Debtor 1 Andrew W. Lentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 2 Deborah L Lentz office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Peter E Meltzer | on behalf of Creditor Three Line-MM LLC bankruptcy@wglaw.com, ibernatski@wglaw.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrew W. Lentz

**Debtor 1**

Deborah L Lentz

**Debtor 2**

Chapter: 13

Case number: 1:21−bk−00119−HWV

Document Number: 97

Matter: Motion to Convert Case to Chapter 7

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
**Movant(s)**

vs.

ANDREW W. LENTZ
DEBORAH L LENTZ
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on January 21, 2021.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | Date: 2/28/23<br>Time: 09:30 AM |

Any objection/response to the above referenced matter must be filed and served on or before **February 23, 2023**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 9, 2023 |

nthrgreq(02/19)