UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ANDREW W. LENTZ
DEBORAH L LENTZ                           CHAPTER 13

        Debtor(s)

CASE NO: 1-21-00119HWV

## FUNDS REMITTED TO COURT

Please find hereto check number 9015859 in the amount of $45.29 representing unclaimed funds owed to Debtor(s), Andrew W. Lentz and Deborah L. Lents. Trustee is remitting the funds owed to the U. S. Bankruptcy Court due to the fact that Trustee has filed a Motion to Convert case to a Chapter 7.

| Claim No. | Creditor | Amount |
|---|---|---|
| 575 | ANDREW W. LENTZ<br>DEBORAH L LENTZ<br>2033 PARKVIEW AVE<br>RED LION, PA  17356 | $25.00 |

Dated: February 15, 2023

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com